United States District Court
Southern District of Texas
**ENTERED**
August 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSE R. GARCIA, *et al*, | § | |
| | § | |
| VS. | § | CIV ACTION NO. 3:20–CV–95 |
| | § | |
| DEERE & COMPANY, *et al*. | § | |

# FINAL JUDGMENT

Pursuant to the court's memorandum opinion entered in this case granting the defendant's motion to dismiss (Dkt. 23), it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island on this the 26th day of August, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE